```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| WHITLOCK AIR SERVICE, INC., <br><br>      Plaintiff, <br><br>  -v- <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br>      Defendant. | 25-cv-230 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

    On May 23, 2025, plaintiff Whitlock Air Service, Inc., and defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania, cross-moved for summary judgment. See ECF Nos. 28, 32.

    Upon due consideration of the parties' written submissions and oral argument heard on June 30, 2025, the Court hereby denies plaintiff's motion for summary judgment and grants defendant's motion for summary judgment. An Opinion setting forth the reasons for this decision will issue in due course, after which final judgment will be entered in favor of defendant on both plaintiff's claims and defendant's counterclaims.

    The Clerk of Court is respectfully directed to close the motions at docket numbers 28 and 32.

    SO ORDERED.

Dated:  New York, NY
        July 29, 2025

                                                  JED S. RAKOFF, U.S.D.J.