# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
WHITLOCK AIR SERVICE, INC.,

                   Plaintiff,                  25 **CIVIL** 0230 (JSR)

    -against-                                <u>**JUDGMENT**</u>

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA,
                  Defendant.

-------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 11, 2025 and July 29, 2025 Order, plaintiff's motion for summary judgment DENIED and defendant's motion for summary judgment is GRANTED.

     The Court reconfirms its Order of July 29, 2025, and holds that NUFIC has shown that it is entitled, as a matter of law, to judgment in its favor on each of Whitlock's claims and each of NUFIC's counterclaims; accordingly, the case is closed.

**Dated:**
     August 12, 2025
     New York, New York

                                                     **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                         **BY:**

                                                      **Deputy Clerk**